```
_____FILED  _____LODGED
_____RECEIVED

       DEC 11 2017

      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____DEPUTY
```

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR17-5318 |
| Plaintiff, | ) |
| | ) FINDINGS AND ORDER ACCEPTING |
| v. | ) DEFENDANT FOR DEFERRED |
| | ) PROSECUTION, APPROVING |
| BILLY TAYLOR, | ) TREATMENT PLAN, AND |
| | ) DIRECTING DEFENDANT TO TAKE |
| Defendant. | ) TREATMENT AS PRESCRIBED |
| | ) |

THIS MATTER, coming on for hearing this 11th day of December, 2017, upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by his attorney, Linda Sullivan, Assistant Federal Public Defender; the United States of America being represented by Barbara Sievers, Assistant United States Attorney; the Court, having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by COMCARE Addiction Treatment Services, and the files and records herein, being fully advised in the premises, does now make and enter the following:

/ / /

/ / /

/ / /

ORDER ACCEPTING DEFERRED
PROSECUTION
(U.S. v. Taylor; CR17-5318) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

# I. FINDINGS OF FACT

A.    On or about the 30th day of July, 2017, Petitioner was charged with the offense/offenses charged in the Information.  This offense occurred as a direct result of alcoholism/chemical dependency problems;

B.    Petitioner suffers from an alcohol/drug problem and is in need of treatment;

C.    The probability of similar misconduct in the future is great if the problem is not treated;

D.    Petitioner is amenable to treatment;

E.    An effective rehabilitative treatment plan is available to Petitioner through COMCARE Addiction Treatment Services, an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F.    That Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from COMCARE Addiction Treatment Services, attached to Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G.    That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to Statement of Petitioner filed herewith.

H.    That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of this Order Granting Deferred Prosecution and that these reports will be used to support a finding of guilt;

ORDER ACCEPTING DEFERRED
PROSECUTION
(U.S. v. Taylor; CR17-5318) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

I.     That Petitioner has acknowledged and waived the right to testify, the right

to a speedy trial, the right to call witness to testify, the right to present evidence in his

or her defense, and the right to a jury trial;

From the foregoing FINDINGS OF FACT, the Court draws the following:

## II. CONCLUSIONS OF LAW

A.     That the above-entitled Court has jurisdiction over the subject matter and

Petitioner Billy Taylor, in this case;

B.     That Petitioner's Petition for Deferred Prosecution meets the requirements

of RCW 10.05 et seq.;

C.     That the diagnostic evaluation and commitment to treatment meets the

requirements of RCW 10.05.150;

D.     That Petitioner is eligible for deferred prosecution.

## III. ORDER

Having made and entered the foregoing FINDINGS OF FACT and

CONCLUSIONS OF LAW, it is hereby

ORDERED that the defendant is accepted for deferred prosecution. The

prosecution of the above-entitled matter is hereby deferred for five (5) years pursuant to

RCW 10.05 et seq., upon the following terms and conditions:

A.     Petitioner shall be on probation for the deferral period and follow the

rules and regulations of probation;

B.     Petitioner shall enroll in and successfully complete the two-year treatment

program recommended by COMCARE Addiction Treatment Services according to the

terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of

which is attached to the Petition and incorporated herein by reference. Petitioner shall

not change treatment agencies without prior Probation approval;

ORDER ACCEPTING DEFERRED
PROSECUTION
(U.S. v. Taylor; CR17-5318) - 3

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

C. The treatment facility, COMCARE Addiction Treatment Services, shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3) months during the second year. The Court may increase the frequency of these reports at its discretion;

D. Petitioner shall notify U.S. Probation within 72 hours of any residence change.

E. Petitioner shall abstain during the deferred prosecution period from any and all consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

F. Petitioner shall not operate a motor vehicle on the public highways without a valid operator's license and proof of liability insurance sufficient to comply with the state laws on financial responsibility;

G. Petitioner shall be law abiding and shall not commit any alcohol/drug related offenses or other criminal offenses during the period of deferral,

H. Petitioner shall notify U.S. Probation within 72 hours of being arrested, questioned, or cited by Law Enforcement;

I. In the event that Petitioner fails or neglects to carry out and fulfill any term or condition of his treatment plan or violates any provision of this Order or any rule or regulation of his probation officer, upon receiving notice, the Court shall hold a hearing to determine why Petitioner should not be removed from deferred prosecution and prosecuted for the offense/offenses charged;

J. In the event the Court finds cause to revoke this deferred prosecution, the stipulated police reports shall be admitted into evidence, and Petitioner shall have her guilt or innocence determined by the Court;

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

**K.** That the statement of Petitioner for Deferred Prosecution shall remain sealed, and all subsequent reports or documents relating to her treatment information shall be sealed, to maintain confidentiality of Petitioner's treatment information;

**L.** That the Department of Licensing be notified of this Order accepting the Petitioner for deferred prosecution;

**M.** Upon proof of Petitioner's successful completion of five years deferral period in this Order, the Court shall dismiss the charges pending against Petitioner.

**N.** Additional conditions:

1. The defendant shall not enter any establishment where alcohol is the primary commodity for sale.

2. The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer. In addition to urinalysis testing that may be a part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.

3. The defendant shall participate as directed in a mental health program approved by the United States Probation Office. The defendant must contribute towards the cost of any programs, to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

4. The defendant, who is required to register under the Sex Offender Registration and Notification Act, must comply with all requirements of that Act. The defendant shall report the address where the defendant will reside and any subsequent change of residence to the probation officer responsible for supervision, and shall register as a sex offender in any jurisdiction where the person resides, is employed, or is a student. For initial registration purposes only, the defendant shall also register in the jurisdiction in which convicted if such jurisdiction is different from the jurisdiction of the residence. Registration must occur within three

ORDER ACCEPTING DEFERRED
PROSECUTION
(U.S. v. Taylor; CR17-5318) - 5

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

business days after sentencing if the defendant is sentenced to probation or time served, or a term of imprisonment and is not remanded. If the defendant is remanded, registration must occur within three business days of release.

5. The defendant shall be restricted from employment as a commercial driver, in any capacity.

DONE IN OPEN COURT this 11th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/Linda Sullivan
Linda Sullivan
Attorney for Petitioner

    I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein.

Dated: __12 · 11 · 17__       _____
                               Billy Taylor
                               Petitioner

    I certify that a copy of this signed Order was mailed to the subject treatment facility, on __December 12__, 2017. The United States Probation Office was also furnished a copy of this Order.

_____
Clerk

ORDER ACCEPTING DEFERRED
PROSECUTION
(U.S. v. Taylor; CR17-5318) - 6

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710